```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19986
   DEBRA D BUFFETT
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-3186


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/27/2007 and was confirmed 01/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 05/22/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00            .00           .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE     5511.82            .00           .00
CREDIT UNION 1            CURRENT MORTG         .00            .00           .00
CREDIT UNION 1            MORTGAGE ARRE         .00            .00           .00
CREDIT UNION 1            SECURED VEHIC    31975.00         807.66       1301.09
CREDIT UNION 1            UNSEC W/INTER    13888.24            .00           .00
COOK COUNTY TREASURER     SECURED           1000.00            .00        119.00
AMERICAN GENERAL FINANCE  SECURED            500.00          24.46         92.24
AMERICAN GENERAL FINANCE  UNSEC W/INTER   NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY           164.23            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     7343.83            .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED            .00           .00
US DEPT OF EDUCATION      UNSECURED             .00            .00           .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER      327.54            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     3387.51            .00           .00
SHAKESPEARE COURT CONDO   SECURED           1708.43            .00        700.00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER       30.00            .00           .00
CREDIT UNION 1            SECURED NOT I    12128.01            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,289.00                         9.95
TOM VAUGHN                TRUSTEE                                         245.60
DEBTOR REFUND             REFUND                                             .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   3,300.00

PRIORITY                                            .00
SECURED                                        2,212.33
   INTEREST                                      832.12
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 19986 DEBRA D BUFFETT

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                      9.95
TRUSTEE COMPENSATION                                              245.60
DEBTOR REFUND                                                        .00
                                        ----------------   ----------------
TOTALS                                         3,300.00           3,300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 08/26/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```